IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN P. JOHNSON, | ) | 4:09CV3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FAITH REGIONAL HEALTH SRV., | ) | |
| NANCE COUNTY DEPUTY | ) | |
| SHERIFF, and RODNEY | ) | |
| WETOVICK, Nance County Atty., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 1). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.[1]

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

February 11, 2009.          BY THE COURT:

                            s/ Joseph F. Bataillon
                            Chief United States District Judge

---

[1] In Filing Number 10, the court asked Plaintiff to tender a $350.00 filing fee or submit a request to proceed in forma pauperis and affidavit of poverty in order to avoid dismissal of his Petition. Upon further review of Plaintiff's Motion (filing no. 1), this court finds that Plaintiff has met the requisite filing requirements for proceeding in forma pauperis.