IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN P. JOHNSON, | ) | 4:09CV3001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| FAITH REGIONAL HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On May 22, 2009, the court entered a Memorandum and Order permitting Plaintiff to file an amended complaint no later than June 26, 2009. (Filing No. 26.) The court warned Plaintiff that failure to file an amended complaint by that deadline would result in the dismissal of this matter without further notice. (*Id.* at CM/ECF p. 2.) Plaintiff has not filed an amended complaint or any other response to the court's May 22, 2009 Memorandum and Order. (*See* Docket Sheet.)

    IT IS THEREFORE ORDERED that:

    1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

    2. A separate judgment will be entered in accordance with this Memorandum and Order.

August 3, 2009.                      BY THE COURT:

                                                    s/ Joseph F. Bataillon
                                                    Chief United States District Judge